[Type text]

garth gary john, living man
denise nordia edwards-john, living woman
On the county at Large, queens
C/o 109-52 174th Street
Jamaica, Queens, nation New York
Zip exempt: Near [11433]-9998

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| garth gary john, living man;<br>denise nordia edwards-john,<br>living woman,<br>    Petitioners,<br><br>vs.<br><br>Central Loan Administration &<br>Reporting (Cenlar) et al;<br>CITIMORTGAGE INC.;<br>110/174holding LLC; FNC<br>Insurance Agency,<br>    Respondents,<br>_____<br>garth john, living man,<br>denise edwards-john, living<br>woman,<br>Real Party(ies) In Interest. | Case No.: CV 21-1411<br><br>**Notice of Invocation of<br>Premises of Haines v. Kerner,<br>404 US 519**<br><br>KUNTZ, J.<br>BLOOM, M.J. |



RECEIVED MAR 11 2021 PRO SE OFFICE

NOW COMES, garth john, living man, and denise john, living woman, appearing pro per, and notices this court to take notice that petitioner as pro per living wo/man are invoking doctrine of Haines v. Kerner, 404 U.S. 519 (1972) and Louisville and N.R. v. Schmidt, 177 U.S. 230 (1900) wherein substance governs over mere form.

RESPECTFULLY SUBMITTED this _11_ day of March, A.D. 2021.

_____
garth john, living man

[(G John) Notice of Haines v. Kerner 210128], Page 1 of 1

garth gary john, living man
denise nordia Edwards-john, living woman
On the county at Large, queens
C/o 109-52 174th Street
Jamaica, Queens, nation New York
Zip exempt: Near [11433]-9998

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| garth gary john, living man;<br>denise nordia Edwards-john,<br>living woman,<br>    Petitioners,<br><br>vs.<br><br>Central Loan Administration &<br>Reporting (Cenlar) et al;<br>CITIMORTGAGE INC.;<br>110/174holding LLC; FNC<br>Insurance Agency,<br>    Respondents,<br>_____<br>garth john, living man,<br>denise john, living woman,<br>Real Party(ies) In Interest. | Case No: CV 21-1411<br><br>Certificate of Service<br><br>KUNTZ, J.<br><br>BLOOM, M.J |



RECEIVED MAR 1 1 2021 PRO SE OFFICE

A copy of
1. Petition to Confirm Arbitration Award
2. Affidavit in Support of Petition to Confirm Arbitration Award
3. Memorandum in Support of Petition to Confirm Arbitration Award
4. List of Exhibits in Support of Petition to Confirm Arbitration Award
5. Notice of Invocation of Premises of Haines v. Kerner, 404 US 519

was served upon Respondents,

[(G John) Certificate of Service 210128], Page 1 of 2

Central Loan Administration & Reporting, (Cenlar) et.al.,
Assigns and successors,
4400 ALPHA ROAD
DALLAS, TEXAS 75244
Certified Mail #7012 2210 0001 0914 3120

CITI MORTGAGE INC.
1000 Technology Drive
Fallon MO 63368-2240
Certified Mail #7012 2210 0001 0914 3137

110/174 Holding LLC.,
80-30 164th Street
Hillcrest Estates, New York 11432
Certified Mail #7012 2210 0001 0914 3144

FNC INSURANCE AGENCY
P.O. BOX 10008, MIC 0003
Hagerstown MD 21747-0008
Certified Mail #7012 2210 0001 0914 3151

on or about the \_11\_ day of March 2021 via USPS certified mail with Green RETURN Receipt of service.

RESPECTFULLY SUBMITTED this \_11\_ day of March, A.D. 2021.

_____
garth john, living man